**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 107 MM 2018
:
Respondent : 
:
:
:
v. :
:
:
:
RAMSEY WESLEY RANDALL, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Application for Oral Argument, the Application for Bail, and the Petition for Writ of Habeas Corpus are DENIED.